# ARNOLD & PORTER LLP

Louis S. Ederer
Louis.Ederer@aporter.com

212.715.1000
212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 0 6 JAN 2011

January 5, 2011

**SO ORDERED:**

*George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: 0 6 JAN 2011

BY FAX (212-805-6737)
The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   AutumnPaper Limited v. Steven Madden, Ltd., et al. — 09-Civ-8332 (GBD)

Dear Judge Daniels:

We are counsel for Plaintiff AutumnPaper Limited in the above entitled action. We write to inform Your Honor that the parties have executed a settlement agreement resolving this matter. In accordance with the provisions of the settlement agreement, the parties will be filing a stipulation of dismissal shortly. Accordingly, the parties jointly request that Your Honor adjourn the conference scheduled for tomorrow, January 6, 2011, at 9:30 am for thirty days, to allow for the conclusion of the settlement process.

We thank Your Honor for your attention to this matter.

Respectfully,

ARNOLD & PORTER LLP

By: *Louis Ederer*
Louis S. Ederer

cc:   Douglas A. Miro, Esq. (*by e-mail*)